IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) ) ) | No. 14 C 9790 |
| AND | ) ) | |
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 803, | ) ) ) | Judge Blakey |
| Plaintiffs, | ) ) ) | Magistrate Judge Valdez |
| v. | ) ) ) | |
| RUANE CONSTRUCTION, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, RUANE CONSTRUCTION, INC.

In support thereof, Plaintiffs state:

1. This case was filed on December 5, 2014.

2. Defendant, RUANE CONSTRUCTION, INC. was served with Summons and Complaint on December 9, 2014 as shown on the return of service previously filed.

3. In excess of 21 days have expired since Service of Process, however, and Defendant was previously held in default.

4. Per the affidavit of Duane Exline, Defendant owes for the reports for July 2014 through October 2014 for $60,980.86 and $9,147.12 liquidated damages for a total amount due of $70,127.98. (Exhibit A)

**WHEREFORE**, Plaintiffs pray for:

1. Judgment be rendered in the amount of $70,127.98 for the Cement Masons Pension Fund Local 502, et. al., and against RUANE CONSTRUCTION, INC.

        **TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**

        By:   s/ Donald D. Schwartz
                One of Its Attorneys

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415